we affirm. DeWitt's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

cordingly, we affirm on the reasoning of the district court. *United States v. Walton,* No. CR–77–83 (N.D.W.Va. May 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Arthur WALTON, Defendant–**
**Appellant.**

**No. 01–6930.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 16, 2001.

Eric Arthur Walton, pro se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Eric Arthur Walton appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Ac-

**The CLARK CONSTRUCTION**
**GROUP, INCORPORATED,**
**Plaintiff–Appellant,**

v.

**MODERN MOSAIC LTD; St. Paul Fire**
**and Marine Insurance Company, Successor in Interest to: Fidelity and Guaranty Insurance Underwriters, Incorporated, Defendants–Appellees.**

**No. 01–1265.**

United States Court of Appeals,
Fourth Circuit.

Argued Sept. 26, 2001.

Decided Oct. 17, 2001.

David Bruce Stratton, Jordan, Coyne & Savits, L.L.P., Washington, DC, for appellant. Edward C. Bacon, Bacon, Thornton & Palmer, L.L.P., Lanham, MD, for appellee Modern Mosaic. Stephen Edward Mar-